IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JULIE D. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-294-L |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On April 8, 2015, Magistrate Judge Gary M. Purcell entered a Report and Recommendation in this action brought by plaintiff Julie D. Davis pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Commissioner of the Social Security Administration's (Commissioner's) final decision denying plaintiff's application for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act. The Magistrate Judge recommended that the Commissioner's decision be affirmed.

The court file reflects that plaintiff timely filed her Objection to the Report and Recommendation of the Magistrate, which the court has carefully considered. Upon review of plaintiff's objections, the court finds that they are insufficient to justify overturning the conclusions of the Magistrate Judge. The

Magistrate Judge properly found that the record provides substantial evidence to support the final decision of the Commissioner to deny plaintiff's application for disability insurance and supplemental security income benefits.  Plaintiff's arguments were correctly analyzed under proper legal standards and the findings in the Report and Recommendation are supported by the record.  Thus, upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.  Accordingly, the decision of the Commissioner to deny plaintiff's application for disability insurance and supplemental security income benefits is **AFFIRMED.**

It is so ordered this 17th day of June, 2015.

/s/ Tim Leonard
TIM LEONARD
United States District Judge